Laura M. Mazza, State Bar No. 259133
Kathryn S. Landman, State Bar No. 260465
LANDMAN & MAZZA LLP
1840 Gateway Drive, Ste. 200
San Mateo, CA 94404
Telephone:  (650) 378-1472
Facsimile:   (650) 763-3933

Attorneys for Plaintiff
Tony Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY GARCIA,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAFEWAY, INC. AND DOES 1-10 inclusive,<br><br>          Defendants. | Case No.  C-12-00004 JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

-1-

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF                    Case No.  C-12-00004 JSW
LEAVE TO FILE FIRST AMENDED COMPLAINT

-2-

Before the Court is a stipulation signed by counsel for both parties stipulating to Plaintiff's filing of a First Amended Complaint, a copy of which was attached to the stipulation as Exhibit 1. Having reviewed and considered the papers submitted, the Court finds and rules as follows:

Plaintiff is hereby granted leave to file the First Amended Complaint.

IT IS SO ORDERED.

Dated: July 5, 2012

By: /s/ Jeffrey S. White
JEFFREY S. WHITE
United States District Judge

-2-

[PROPOSED] ORDER GRANTING PLAINTIFF            Case No.  C-12-00004 JSW
LEAVE TO FILE FIRST AMENDED COMPLAINT