Laura M. Mazza, State Bar No. 259133
Kathryn S. Landman, State Bar No. 260465
LANDMAN & MAZZA LLP
1840 Gateway Drive, Ste. 200
San Mateo, CA 94404
Telephone: (650) 378-1472
Facsimile: (650) 763-3933

Attorneys for Plaintiff
Tony Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY GARCIA,<br><br>   Plaintiff,<br><br> vs.<br><br>SAFEWAY, INC. AND DOES 1-10 inclusive,<br><br>   Defendants. | Case No. C-12-00004 JSW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT |

-2-

1  Before the Court is a stipulation signed by counsel for both parties stipulating to
2  Plaintiff's filing of a First Amended Complaint, a copy of which was attached to the stipulation
3  as Exhibit 1. Having reviewed and considered the papers submitted, the Court finds and rules as
4  follows:

Plaintiff is hereby granted leave to file the First Amended Complaint.

IT IS SO ORDERED.

Dated: July 5, 2012

By: _____
JEFFREY S. WHITE
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF                    Case No. C-12-00004 JSW
LEAVE TO FILE FIRST AMENDED COMPLAINT