Laura M. Mazza, State Bar No. 259133
Kathryn S. Landman, State Bar No. 260465
LANDMAN & MAZZA LLP
1840 Gateway Drive, Ste. 200
San Mateo, CA 94404
Telephone: (650) 378-1472
Facsimile: (650) 763-3933

Attorneys for Plaintiff
Tony Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TONY GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC. AND DOES 1-10 inclusive,<br><br>Defendants. | Case No. C-12-00004 JSW (MEJ)<br><br>[~~PROPOSED~~] ORDER RE SETTLEMENT OF ENTIRE MATTER AND REQUEST TO VACATE HEARINGS |

1  Before the Court is a stipulation signed by counsel for both parties notifying the Court
2  that a settlement has been reached and requesting all calendared hearings in the matter be
3  vacated and a status conference set for September 14, 2012 at 1:30 p.m. Having reviewed and
4  considered the papers submitted, the Court finds and rules as follows:
5  All hearings currently on calendar in this case shall be vacated and a status conference
6  shall be set for Friday, September ~~14~~ 21, 2012 at 1:30 p.m. If a dismissal has not been filed by
7  September ~~7~~ 14, 2012, the parties shall submit a joint status conference statement on that date
8  explaining why the case has not yet been dismissed and counsel for both parties shall appear at
9  the status conference on September ~~14~~ 21, 2012.
10  IT IS SO ORDERED.
11
12
13  Dated: July 30, 2012
14  By: _____
     JEFFREY S. WHITE
     United States District Judge
15
16
17
18
19
20
21
22
23
24
25

-2-

**[PROPOSED] ORDER RE SETTLEMENT OF ENTIRE MATTER**      Case No. C-12-00004 JSW (MEJ)
**AND REQUEST TO VACATE HEARINGS**