Laura M. Mazza, State Bar No. 259133
Kathryn S. Landman, State Bar No. 260465
LANDMAN & MAZZA LLP
1840 Gateway Drive, Ste. 200
San Mateo, CA 94404
Telephone: (650) 378-1472
Facsimile: (650) 763-3933

Attorneys for Plaintiff
Tony Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAFEWAY, INC. AND DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No. C-12-00004 JSW (MEJ)<br><br>[~~PROPOSED~~] ORDER RE SETTLEMENT OF ENTIRE MATTER AND REQUEST TO VACATE HEARINGS |

-2-

Before the Court is a stipulation signed by counsel for both parties notifying the Court that a settlement has been reached and requesting all calendared hearings in the matter be vacated and a status conference set for September 14, 2012 at 1:30 p.m.  Having reviewed and considered the papers submitted, the Court finds and rules as follows:

All hearings currently on calendar in this case shall be vacated and a status conference shall be set for Friday, September ~~14~~ 21, 2012 at 1:30 p.m. If a dismissal has not been filed by September ~~7~~ 14, 2012, the parties shall submit a joint status conference statement on that date explaining why the case has not yet been dismissed and counsel for both parties shall appear at the status conference on September ~~14~~ 21, 2012.

IT IS SO ORDERED.

Dated: July 30, 2012

By: _____
JEFFREY S. WHITE
United States District Judge

-2-

[~~PROPOSED~~] ORDER RE SETTLEMENT OF ENTIRE MATTER       Case No.  C-12-00004 JSW (MEJ)
AND REQUEST TO VACATE HEARINGS