Laura M. Mazza, State Bar No. 259133
Kathryn S. Landman, State Bar No. 260465
LANDMAN & MAZZA LLP
1840 Gateway Drive, Ste. 200
San Mateo, CA 94404
Telephone:  (650) 378-1472
Facsimile:   (650) 763-3933

Attorneys for Plaintiff
Tony Garcia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TONY GARCIA,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAFEWAY, INC. AND DOES 1-10 inclusive,<br><br>            Defendants. | Case No.  C-12-00004 JSW (MEJ)<br><br>**STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER** |

-1-

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION**        Case No.  C-12-00004 JSW (MEJ)
**AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto through their respective attorneys of record that this entire action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees, except as otherwise provided in the parties' settlement agreement.

Date:   August 27, 2012                                LANDMAN & MAZZA LLP

                                                        /s/
                                                    Laura M. Mazza
                                              Attorney for Plaintiff Tony Garcia

Date:   August 27, 2012                                SAFEWAY INC.

                                                        /s/
                                                   Theodore K. Bell
                                            Attorney for Defendant Safeway Inc.

**[PROPOSED] ORDER**

On the stipulation of the parties, and good cause appearing therefor, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: August 28, 2012

STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER         Case No.  C-12-00004 JSW (MEJ)