1  Laura M. Mazza, State Bar No. 259133
   Kathryn S. Landman, State Bar No. 260465
2  LANDMAN & MAZZA LLP
   1840 Gateway Drive, Ste. 200
3  San Mateo, CA 94404
   Telephone: (650) 378-1472
4  Facsimile: (650) 763-3933

5  Attorneys for Plaintiff
   Tony Garcia

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9                                              ) Case No. C-12-00004 JSW (MEJ)
                                               )
10                                             )
   TONY GARCIA,                                )
11                                             )
                                               )
12           Plaintiff,                        ) **STIPULATION AND REQUEST FOR**
                                               ) **DISMISSAL OF ENTIRE ACTION AND**
13       vs.                                   ) **[PROPOSED] ORDER**
   SAFEWAY, INC. AND DOES 1-10                 )
14 inclusive,                                  )
                                               )
15                                             )
                                               )
16           Defendants.                       )
                                               )
17                                             )
                                               )

18

19

20

21

22

23

24

25

-1-

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION**         Case No. C-12-00004 JSW (MEJ)
**AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto through their respective attorneys of record that this entire action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees, except as otherwise provided in the parties' settlement agreement.

Date: August 27, 2012   LANDMAN & MAZZA LLP

/s/
Laura M. Mazza
Attorney for Plaintiff Tony Garcia

Date: August 27, 2012   SAFEWAY INC.

/s/
Theodore K. Bell
Attorney for Defendant Safeway Inc.

### [~~PROPOSED~~] ORDER

On the stipulation of the parties, and good cause appearing therefor, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: August 28, 2012

STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND [~~PROPOSED~~] ORDER                Case No. C-12-00004 JSW (MEJ)